| | |
|---|---|
| 1 | W. DENNIS BREWER (State Bar No. 92104)<br>LAW OFFICES OF W. DENNIS BREWER |
| 2 | P.O. Box 160<br>Belvedere, CA 94920 |
| 3 | Telephone: 415-435-0175<br>Facsimile: 415-435-0176 |
| 4 | |
| 5 | SAMUEL G. WARE (State Bar No. 105005)<br>KNIGHT, BOLAND & RIORDAN |
| 6 | 1390 Market Street, Suite 310<br>San Francisco, CA 94102-5405 |
| 7 | Telephone: (415) 522-8600<br>Facsimile: (415) 702-7802 |
| 8 | Attorneys for Defendants<br>ROBERT and DIANA DOUGHERTY |
| 9 | d/b/a DOUGHERTY ARABIANS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY, | ) | CASE NO. C 05-02143 MJJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES |
| vs. | ) | |
| ROBERT S. and DIANA W. DOUGHERTY dba DOUGHERTY ARABIANS, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that the Case Management Conference presently scheduled for August 30, 2005, be continued to November 29, 2005 at 2:00 p.m., and, that the following dates contained in the Order Setting Initial Case Management Conference be changed as follows:

11/08/2005    Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of need for ADR phone conference and meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan

11/22/2005    Last day to complete initial disclosures or state objection in Rule 26(f)

[Stipulation and Order etc.]                                                    CASE NO. C 05-02143 MJJ

|   |   |
|---|---|
| 1 | Report, file/serve Case Management Statement, and file/serve Rule 26(f) report. |
| 2 |   |

Dated: August 22, 2005 _____

Attorneys for Plaintiffs

Dated: August 22, 2005 _____

Attorneys for Defendant

IT IS SO ORDERED

Dated: August 2 5, 2005 _____

Judge of the United States District Court

F:\WP51\Dougherty\P-Fed\StpOrdrCntgCMC.wpd

- 2 -

[Stipulation and Order etc.] CASE NO. C 05-02143 MJJ